**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **COFFEE BREAK PRODUCTIONS LLC d/b/a COFFEEZILLA** | § | |
| | § | |
| **Plaintiff** | § | **Civil Action No. 26-6906** |
| | § | |
| **v.** | § | |
| | § | |
| **UNITED AGENCIES, INC., LUKE GELINEAU, NEW YORK MARINE AND GENERAL INSURANCE COMPANY, AND COACTION SPECIALTY INSURANCE GROUP** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF DISMISSAL OF UNITED AGENCIES, INC. & LUKE GELINEAU

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Coffee Break Productions LLC d/b/a CoffeeZilla hereby voluntarily dismisses without prejudice its claims against Defendants United Agencies, Inc. and Luke Gelineau, with each party bearing its own attorney's fees and costs.

Dated: November 13, 2026

Respectfully submitted

LAWSON & MOSHENBERG PLLC

By: ______________________

Nicholas R. Lawson
Texas Bar No. 24083367
2301 Commerce St., Suite 200
Houston, Texas 77002
P: 903-316-9155
E: Nick.Lawson@lmbusinesslaw.com

***Attorney for Coffee Break Productions LLC d/b/a Coffeezilla***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, a true and correct copy of the foregoing was served upon counsel of record *via* the Court's electronic filing system.

*/s/ Nicholas R. Lawson*
Nicholas R. Lawson